**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Eastern District of New York

Case number (*If known*): _____   Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | CDP Holdings Group, LLC | |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 46-5173364 | |
| 4. **Debtor's address** | **Principal place of business** <br> 113-02 Queens Blvd. <br> Number  Street <br><br> Forest Hills    NY    11375 <br> City    State    ZIP Code <br><br> Queens County <br> County | **Mailing address, if different from principal place of business** <br> Number  Street <br><br> P.O. Box <br><br> City    State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> Number  Street <br><br> City    State    ZIP Code |
| 5. **Debtor's website** (URL) | | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor  CDP Holdings Group, LLC                               Case number (*if known*)_____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
    561110

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY
         District _____ When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes. Debtor  Neighborhood Radiology Services, P.C   Relationship  Affiliate
         District  EDNY                                  When  _____
                                                               MM / DD / YYYY
         Case number, if known  22_____

Debtor  CDP Holdings Group, LLC
Name

Case number (*if known*)_____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____

_____  _____  _____
City                                      State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Case 1-22-41392-ess    Doc 1    Filed 06/16/22    Entered 06/16/22 17:27:22

Debtor: CDP Holdings Group, LLC (Name)    Case number (if known) _____

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/16/2022
MM / DD / YYYY

✘ /s/ Daniel DiPeitro
Signature of authorized representative of debtor

Daniel DiPeitro
Printed name

Title: Sole Member

**18. Signature of attorney**

✘ /s/ Dawn Kirby
Signature of attorney for debtor

Date 06/16/2022
MM / DD / YYYY

Dawn Kirby
Printed name

Kirby Aisner & Curley LLP
Firm name

700 Post Road Suite 237
Number   Street

Scarsdale    NY    10583
City    State    ZIP Code

(914) 401-9500
Contact phone

dkirby@kacllp.com
Email address

2733004
Bar number

NY
State
:

CDP Holdings Group, LLC

Debtor _____    Case number (*if known*)_____
       First Name   Middle Name   Last Name

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

**Neighborhood Radiology Management Services, LLC**      **EDNY**                      **22**

227 Franklin Realty Co.

227 Franklin Realty, LLC
2999 Long Beach Rd.
Oceanside, NY 11572

Abrams, Fensterman, LLP
3 Dakota Drive, Suite 300
Lake Success, Ny 11042

Accurate Fire Equipment Corp.
251 Franklin Avenue
Franklin Square, NY 11010

Advanced Recovery Services
901 E. 8th Avenue
King Of Prussia, PA 19406

Alpha Medical Equipment of N.Y., Inc.
10-12 Pine Court
New Rochelle, ny 10801

Astarita Associates
414 ROUTE 111
Smithtown, NY 11787

Bondio & Co. LLP
6 WEMBLEY COURT
Albany, NY 12205

Bronster LLP
156 W 56th Street, Suite 902
New York, NY 10019

Chubb
1133 Avenue of the Americas
New York, NY 10036

Cigna Health
140 E 45th Street
8th Floor
New York, NY 10017

CISCO Systems Capital CRP
1111 Old Eagle School Road
Wayne, PA 19087

CLIA Laboratory Program
P.O. BOX 3056
Portland, OR 97208-3056

CT Corporation, as representative
330 N. Brand Blvd
Glendale, CA 91203

Daniel DiPietro
113-02 Queens Blvd
Forest Hills, NY 11375

De Lage Landen
c/o Advanced Recovery Systems
901 E. 8th Avenue, Suite 206
King Of Prussia, PA 19406

Dr. Rossi, M.D., P.C.
545 Elmont Road
Elmont, NY 11003

EFAX Corporate
c/o J2 Cloud Services, Inc
P.O. BOX 51873
Los Angeles, CA 11003

Farley & Kessler, P.C.
55 Jericho Turnpike , Ste 204
Jericho, NY 11753

GE Healthcare-Hewlett
P.O. Box 640200
Pittsburgh, PA 15264-0200

GENERAL WELDING
600 SHAMES DR.
Westbury, NY 11590-0265

Getzler Henrich & Associates LLC
295 Madison Avenue
20th Floor
New York, NY 10017

Glenn Schwartz, MD
874 Newburg Avenue
Valley Stream, NY 11581

GMM Services LLC
68 CASTLEWOOD TRAIL
SPARTA, NJ 07871
Sparta, NJ 7871

Guardian
PO Box 824404
Philadelphai, PA 19182-4404

Guerbet LLC
214 Carnegie Center Suite 300
Princeton, NJ 08540

Henry Schein-Elmont
1523 Williamsburg Place
Pittsburgh, PA 15235

Henry Schein-Hewlett
1523 Williamsburg Pl.
Pittsburgh, PA 15235

Hewlett Window Cleaning Co.
375 Sunrise Highway
Lynbrook, NY 11563

Hologic Inc.
24506 Network Place
Carol Street, IL 60673-1245

Horing Welikson & Rosen PC
11 Hillside Avenue
Williston Park, NY 11596

Howard Gelber, MD
243 Hedge Lane
Hewlett, NY 11557

HVAC Specialist Inc.
8 Sunset Place
Hawthorne, NY 10532

Insight Direct USA Inc.
6820 S Harl Ave
Tempe, AZ 85283

Insight Global Finance
PO Box 41602
Philadelphia, PA 19101-1602

Instamed
Accounting Dept
1880 John F. Kennedy Blvd-12th Floor
Philadelphia, PA 19103

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Irwin Meyers, Esq.
3620 Quentin Road
Brooklyn, NY 11234

Jackson Lewis PC
PO Box 416019
Boston, MA 02241-6019

James McCleavey MD
8370 Dario Way
Fort Myers, FL 33912

JC Medical Equipment Co., Inc.
231 Lands End Court
Moriches, NY 11955

Lawrence Buchwalter

Lightower-LIRADI001 CROWN
P.O. Box 28730
New York, NY 10087-8730

Long Island Radiology Associates, P.C.
545 Elmont Road
Elmont, NY 11003

Magic Pest Management, LLC
59-01 Kissena Blvd.
Flushing, NY 11355

Mandel Bhandari LLP
80 Pine Street, 33rd Floor
New York, NY 10005

MAP Communications
PO Box 639236
Cincinnati, OH 45263-9236

Marylou Paolucci, Esq.
Marylou Paolucci & Associates, PC
16 Trent Lane
Smithtown, NY 11787

Marylou Paulucci & Associates PC
16 Trent Lane
Smithtown, NY 11787

Matthew Diament, MD
113-02 Queens Blvd
Forest Hills, NY 11375

Mr Crash Cart LLC
154 Cooper Rd Ste 602
W Berling, NJ 8091

National Grid-38920-52008
P.O. Box 11791
Newark, NJ 07101-4791

National Grid-51386-30006
P.O. Box 11791
Newark, NJ 07101-4791

National Grid-69041-68007
P.O. BOX 11791
Newark, NJ 07101-4791

National Grid-81483-33008
P,O. BOX 11791
Newark, NJ 7101

Neighborhood Radiology Management Services, L
113-02 Queens Blvd
Forest Hills, NY 11375

Neighborhood Radiology Services, P.C.
113-02 Queens Blvd
Forest Hills, NY 11375

New York American Water
P.O. BOX 371332
Pittsburgh, PA 15250-7332

New York State Unemployment Insurance
PO Box 4301
Binghamton, NY 13902

Northpoint Commercial Credit
6465 Wayzata Blvd.
Minneapolis, MN 55426

Northpoint Commercial Credit
6465 Wayzata Blvd.
Suite 760
Minneapolis, MN 55426

Northpoint Commercial Credit, LLC
6465 Wayzata Blvd.
Suite 760
Minneapolis, MN 55426

Nuance Communications Inc.
1 Wayside Road
Burlington, MA 01803

NYC Corporation Counsel
100 Church Street, RM 5-240
Attn: Bankruptcy Dept.
New York, NY 10007

NYC Dept. of Finance
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

NYS Dept of Health
Bureau of Environmental Radiation Protec
Empire State Plaza, Corning Tower 12th F
Albany, NY 12237

NYS Dept. Taxation & Finance
Bankruptcy/ Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

NYS Division of Corporations
42 Broadway
New York, NY 10004

OTIS Elevator Company
P.O. BOX 13716
Newark, NJ 07188-0716

PARKING SYSTEMS
P.O. BOX 160
Valley Stream, NY 11582

Philips Medical Capital LLC
1111 Old Eagle School Road
Wayne, PA 19087

Precision Dynamics Corporation
PO Box 71549
Chicago, IL 60694-1995

PSEG - 0475-5000-05-8
P.O. Box 888
Hicksville, Ny 11802-888

PSEG 0768-1006-71-9
PO Box 9039
Hicksville, Ny 11802-9039

PSEG 0768-1006-72-7
PO Box 888
Hicksville, NY 11802-0888

PSEG/LIPA 0768-1000-02-7
P.O. BOX 9039
Hicksville, NY 11802-9039

Radiology Works, P.C.
545 Elmont Road
Elmont, NY 11003

RIDE RITE TRANSPORTATION
22-06 CRESCENT ST.
Astoria, NY 11105

Rivkin Radler
926 RXR Plaza
Uniondale , ny 11556-0926

RuskinMoscouFaltischek, P.C.
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, NY 11556-1425

Shred -it Hewlett
28883 Network Place
Chicago, IL 60673-1288

Shred-it- Elmont
P.O. Box 13574
New York, NY 10087-3574

Sigma Imaging Technologies, Inc
400 Highland Drive, Suite 400B
Westhampton, NJ 8060

Signature Bank
565 Fifth Avenue
12th Floor
Elmont, NY 11003

Signature Bank
565 Fifth Avenue
12th Floor
New York, NY 10017

Slomin's
125 Lauman Lane
P.O. Box #1886
Hicksville, NY 11801

Staples Advantage
Dept NY
P.O. Box 415256
Boston, MA 02241-5256

Tandem Finance Inc.
25700 Interstate 45
Ste 4084
Woodlands, TX 77386

Telephone Dynamics Corp
P.O. Box 434
Merrick, NY 11566

TESS MITTMAN - DANI'S STRIKE ZONE
C/O DIANE HOROWITZ
20 VILLAGE AVENUE
Elmont, NY 11003

The Glenn M. Jones Law Firm, PLLC
48 Wall Street
11th Floor
New York, NY 10005

Tierpoint LLC
PO Box 82670
Lincoln, NE 68501-2670

U.S. Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203

U.S. Small Business Administration
26 Federal Plaza #3100

U.S. Small Business Administration
26 Federal Plaza #3100
New York, NY 10278

Ultrasound Solutions Corp
123 Comac Street
Ronkonkoma, NY 11779

Ultrasound Solutions Corp.
123 Comac Street
Ronkonkoma, NY 11779

UNITEX TEXITLE RENTAL-Hewlett
155 SOUTH TERRACE AVE.
Mt. Vernon, NY 10550-2407

VANGUARD CLEANING Hewlett
dba Vanguard Cleaning Systems of LI
67 Buck Road Suite B-45
Huntingdon Valley, PA 19006


Vanguard Cleaning Systems
c/o Irwin Meyers, Esq.
3620 Quintin Road
Brooklyn, NY 11234


VANGUARD ELMONT
dba Vanguard Cleaning Sysytems
67 Buck Rd, B45
Huntington Valley, PA 19006


Verizon - 955-704-403-0001-87
P.O. BOX 15124
Albany, NY 12212-5124


Vibrant Credit Union
6600 44th Avenue
Moline, IL 61265


WATER AUTHORITY
of Western Nassau County
P.O. BOX 5600
New Hyde Park, NY 11042-5600


YourMembership.com, Inc
Dept 3461
PO Box 123461
Dallas, TX 75312-3461

United States Bankruptcy Court
Eastern District of New York

In re: CDP Holdings Group, LLC

Case No.

Chapter   11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   06/16/2022

/s/ Daniel DiPeitro
Signature of Individual signing on behalf of debtor

Sole Member
Position or relationship to debtor